UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                           :
T.A.,                                                      :
                                                           :
                              Petitioner,                  :          26-CV-4637 (GBD) (DEH)
                                                           :                  (Part 1)
              -v-                                          :
                                                           :          **NOTICE OF
Genalo et al,                                              :          EMERGENCY
                                                           :          <u>CONFERENCE</u>**
                              Respondent[s].               :
                                                           :
-------------------------------------------------------------------X


DALE E. HO, United States District Judge:

     This case has been assigned to me temporarily in my capacity as Part I Duty Judge.  The Court is in receipt of the motions at ECF Nos. 9 and 10.

     It is hereby ORDERED that counsel for all parties appear for a conference with the Court **<u>TODAY, June 5, 2026 at 4:00 P.M.</u>** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.


     SO ORDERED.

Dated: June 5, 2026                                    _____
     New York, New York                                  DALE E. HO
                                                       United States District Judge