

**Ho NYSD Chambers**

| | |
|---|---|
| **From:** | Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov> |
| **Sent:** | Friday, June 5, 2026 2:38 PM |
| **To:** | Ho NYSD Chambers; Alexandra Lampert |
| **Cc:** | Oestericher, Jeffrey (USANYS); Erica Rodarte; Waterman, Brandon (USANYS) |
| **Subject:** | RE: EMERGENCY HEARING TODAY: 26cv4637 Part I Assignment |

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Ho,

This Office represents the government in this action. I write respectfully on behalf of the parties to notify the Court that ICE released petitioner from custody around 2:00 pm this afternoon.

As a result, the government withdraws its emergency motion to modify the court's order enjoining ICE from transferring petitioner out of the SDNY, EDNY, and DNJ. ECF No. 9. The government respectfully submits that since the petitioner has been released, this action is moot, and, therefore, the Court should adjourn the conference scheduled for 4:00pm today. *See, e.g., Leybinsky v. ICE*, 553 F. App'x 108 (2d Cir. 2014) (habeas petition moot upon petitioner's release from ICE custody); *Pierrilus v. ICE*, 293 F. App'x 78, 79 (2d Cir. 2008) ("[P]etitioner's challenge to the length of his detention is moot as a result of his release from DHS custody."); *Remy v. Chadbourne*, 184 F. App'x 79, 80 (2d Cir. 2006) (dismissing as moot an appeal from dismissal of a habeas petition challenging detention where ICE released the alien from detention during the appeal).

Petitioner believes that neither the petition nor pending motion for release under *Mapp v. Reno* are mooted by his release, because petitioner could be re-detained during the pendency of this petition without necessary due process protections, and thus that the conference should proceed as scheduled. *See, e.g., J.M.P. v. Arteta*, 807 F. Supp. 3d 265, 286–87 (S.D.N.Y. 2025)("It is well settled that 'a defendant's voluntary cessation of a challenged practice does not deprive a federal court of its power to determine the legality of the practice.'" (quoting *Friends of the Earth, Inc. v. Laidlaw Env't Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000)).

Nevertheless, given petitioner's release, petitioner withdraws his motion to direct respondents to produce him at the 4pm conference today, which the court has already ordered.

Thank you for your attention to this matter.

**Based on the representation that Petitioner has been released, the hearing scheduled for this afternoon is CANCELLED. The motions for transfer and release are hereby DENIED AS MOOT. All other deadlines and hearings remain as previously scheduled. The Clerk of Court is respectfully directed to terminate ECF Nos. 9 and 10.**

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 5, 2026
New York, New York

Cell: (646) 341-3711

---

**From:** Ho NYSD Chambers <HoNYSDChambers@nysd.uscourts.gov>
**Sent:** Friday, June 5, 2026 1:27 PM
**To:** Alexandra Lampert <alampert@bds.org>; Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Cc:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Erica Rodarte <erodarte@bds.org>
**Subject:** [EXTERNAL] RE: EMERGENCY HEARING TODAY: 26cv4637 Part I Assignment

Counsel,

Please see the attached second order.

Sincerely,

Chambers of Judge Ho

---

**From:** Alexandra Lampert <alampert@bds.org>
**Sent:** Friday, June 5, 2026 12:52 PM
**To:** Ho NYSD Chambers <HoNYSDChambers@nysd.uscourts.gov>; tara.schwartz@usdoj.gov
**Cc:** Oestericher, Jeffrey (USANYS) <jeffrey.oestericher@usdoj.gov>; Erica Rodarte <erodarte@bds.org>
**Subject:** RE: EMERGENCY HEARING TODAY: 26cv4637 Part I Assignment

**CAUTION - EXTERNAL:**

Thank you for the notice. We would respectfully request if possible that Petitioner—who we understand is still located at 26 Federal Plaza—be produced for the hearing.

Best,
Alex

--
**Alexandra Lampert** (she/her)
Associate Director, New York Immigrant Family Unity Project
**Brooklyn Defender Services**
177 Livingston St, 7th Floor | Brooklyn, NY 11201
(347) 977-7701
alampert@bds.org



---

**From:** Ho NYSD Chambers <HoNYSDChambers@nysd.uscourts.gov>
**Sent:** Friday, June 5, 2026 12:35 PM
**To:** tara.schwartz@usdoj.gov; Alexandra Lampert <alampert@bds.org>
**Cc:** Oestericher, Jeffrey (USANYS) <jeffrey.oestericher@usdoj.gov>
**Subject:** EMERGENCY HEARING TODAY: 26cv4637 Part I Assignment

Counsel,

Judge Ho has been assigned this case temporarily in his capacity as Part I Duty Judge. As docketed shortly and attached, the Court issued an order scheduling an emergency hearing for today at 4:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square.

Sincerely,

Chambers of Judge Ho

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.