**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

T.A.,                                                      :

                       Petitioner,      :

      -against-                               :

KENNETH GENALO, et al.,                   :                     <u>ORDER</u>

                 Respondents.     :                     26 Civ. 4637 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

Consistent with this Court's oral order at the Order to Show Cause hearing on June 10, 2026, Respondents shall not detain Petitioner without a prior written order by an Immigration Judge. Respondents shall not remove Petitioner from the United States to a third country without a prior written order by an Immigration Judge authorizing Petitioner's removal to that country. Respondents shall provide Petitioner, or his attorney, with at least two business days' notice before effectuating any order of removal or detention granted by an Immigration Judge.

Dated: June 10, 2026
      New York, New York

                                    SO ORDERED.

                                      *George B. Daniels*

                                    GEORGE B. DANIELS
                                    United States District Judge